UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CRAIG FENNEMAN,

     Plaintiff,

vs.

QBE SPECIALTY INSURANCE
COMPANY,

     Defendant.

CASE NO.

_____ /

## NOTICE OF REMOVAL

The Defendant, QBE SPECIALTY INSURANCE COMPANY ("QBE"), by and through the undersigned counsel, hereby files this, Notice of Removal of the above-styled cause pursuant to 28 U.S.C. §1332 and 28 U.S.C. §1446 from the Circuit Court of the Twentieth Judicial Circuit in and for Lee County, Florida in which this action is pending, to the United States District Court, Middle District of Florida, Fort Myers Division, and in support of the removal would show the Court the following:

1.    This is an action brought by Plaintiff against Defendant for an alleged breach of contract.

2.    Removal is appropriate under 28 U.S.C. §1332 because complete diversity of citizenship exists between the parties and because the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

3.    The Plaintiff's Complaint, together with additional record evidence, establishes that this Court has subject matter jurisdiction over this matter.

4.      The Plaintiff filed this action in State Court as Case No. 2023-CA-012583 with the Circuit Court of the Twentieth Judicial Circuit in and for Lee County, Florida on November 13, 2023.

5.      QBE was served with the Complaint on November 17, 2023.

6.      Based upon a review of a LEXISNEXUS Accurint Report, Plaintiff, at all times material hereto is/was a citizen of Florida, and resided in and/or is/was domiciled in Lee County, Florida.  Specifically,  Plaintiff currently holds a Florida driver's license and is registered to vote in Florida.

7.      This lawsuit arises out of alleged damage to Plaintiff's property located at 220 Barefoot Beach Blvd., Bonita Springs, Florida 34314[1].  *See Compl. ¶ 7.*

8.      The Plaintiff's Complaint did not allege a specific amount in controversy. *See Compl. ¶ 1.*

9.      Where a complaint does not allege the specific amount of damages, removal is appropriate upon a showing by a preponderance of the evidence that the amount in controversy exceeds $75,000.00, exclusive of interest and costs.  *See generally Village Square Condominium of Orlando Inc. v. Nationwide Mut. Fire Ins. Co.*, 2009 U.S. Dist. LEXIS (M.D. Fla. Dec. 10, 2009).

---

[1]      A review of the Lee County Property Appraiser's website resulted in zero returns for the Property. However, a review of the Collier County Property Appraiser's website confirmed that the Property is located just over the county line in Collier County.  By filing this Notice of Remove, QBE does not waive its right to challenge improper venue and/or jurisdiction if this matter is ever remanded back to the state court.

10.    At the commencement of this action, at the time of the filing of this Notice of Removal, and at all times relevant hereto, Defendant, QBE has been a North Dakota corporation with its principal place of business in the State of New York.  QBE is therefore a citizen of North Dakota and New York.

11.    The amount in controversy, exclusive of interest and costs, exceeds $75,000.00 and thus, satisfies the jurisdictional requirements for diversity removal. Specifically, pre-suit Plaintiff submitted an estimate prepared by Guard Your Claim, Inc. in the amount of $472,703.25.  Additionally, Plaintiff filed a Fla. Stat. § 627.70152 Notice of Intent to Initiate Litigation ("NOI") in which Plaintiff has alleged $282,662.00 in damages.  Attached to the attached to NOI is a copy of the Guard Your Claim estimate.  *See NOI attached hereto as Exhibit "A."*

12.    This Notice of Removal is timely filed within thirty days (30) of the Defendant's first knowledge that the case is one which is removable and within one year of the commencement of this action, pursuant to 28 U.S.C. § 1446(b).

13.    A copy of this Notice will be timely filed with the Clerk of the Circuit Court of the Twentieth Judicial Circuit in and for Lee County, Florida.

14.    The Defendant files with this Notice, true and correct copies of all pleadings filed in the above-captioned State action.

15.    Written notice of the filing of this Notice of Removal on this date has been given to the Plaintiff by and through Plaintiff's attorney of record, Leo A. Manzanilla, Esquire, M.S.P.G. Law Group, P.A., 770 Ponce de Leon Blvd, Suite 101, and via email to Service@mspglawgroup.com.

16.     The undersigned certifies that the Defendant, QBE, has consented to the removal of this action from the Circuit Court of the Twentieth Judicial Circuit in and for Lee County, Florida to the United States District Court, Middle District of Florida, Fort Myers Division.

17.     The undersigned counsel is authorized by QBE to file this Notice of Removal, is licensed in the State of Florida, and is a member in good standing of the Bar of this Court.

WHEREFORE, QBE SPECIALTY INSURANCE COMPANY, respectfully requests this Court remove this Orange County action to this Court pursuant to the provisions of 28 U.S.C. §1441.

Respectfully submitted this 15th day of December 2023.

*SPACE LEFT INTENTIONALLY BLANK*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 15, 2023, a true and correct copy of

the foregoing was furnished via electronic mail to:

> Leo A. Manzanilla, Esquire
> M.S.P.G. Law Group, P.A.
> 770 Ponce de Leon Blvd., Suite 101
> Coral Gables, Florida 33134
> Service@mspglaw.group.com
>     *Attorney for Plaintiffs*

HINSHAW & CULBERTSON LLP

*s/Taylor R. Bowman*

Joseph V. Manzo, Esquire
Florida Bar No. 52309
jmanzo@hinshawlaw.com
Taylor R. Bowman, Esquire
Florida Bar No. 117627
tbowman@hinshawlaw.com
100 South Ashley Drive
Suite 1310
Tampa, FL 33602
Telephone: 813-276-1662
Facsimile: 813-276-1956
*Counsel for Defendant, QBE Specialty Insurance Company*

**Property Insurance Notice of Intent to Initiate Litigation**

Notice Number:      **147598**

Notice Accepted:    **10/9/2023 10:19:36 AM**

☑  The submitter hereby states that The Property Insurance Intent to Initiate Litigation Notice is provided pursuant to Section 627.70152, Florida Statutes.

| Claimant (Insured filing suit under a residential or commercial insurance policy) |
| --- |

| | |
| --- | --- |
| Name: | **Craig Fenneman** |
| Street Address: | **220 Barefoot Beach Boulevard** |
| City, State Zip: | **Bonita Springs, FL 34314** |
| Email Address: | **cfenneman@yahoo.com** |
| Policy Number: | **OUA12538299-00** |
| Claim Number: | **869380N** |

| Attorney |
| --- |

| | |
| --- | --- |
| Name: | **Leo Manzanilla** |
| Street Address: | **770 Ponce De Leon Boulevard, Suite 101** |
| City, State Zip: | **Coral Gables, FL 33134** |
| Email Address: | **ifs@mspglawgroup.com** |
| Florida Bar #: | **0652921** |
| Firm Name: | **MSPG Law Group, PA** |
| Role on Claim: | **Represent Insured** |

\* Pursuant to Section 627.70152, Florida Statutes, the Attorney filing this Notice must provide a copy of this Notice to the Claimant. The Claimant's email address is a required field as this Notice will be transmitted to the Claimant upon submission.

DFS-10-1600
Rev. 07/01/2021

EXHIBIT "A"



## Notice Details

Insurer Name:

**QBE SPECIALTY INSURANCE COMPANY(11515)**

**\*** Make sure to reference the declarations page on the insurance policy to confirm the legal name of the insurance company. If you are unsure about the correct legal name of the underwriting company, please check with the Secretary of State, Division of Corporations, at www.sunbiz.org, or the Office of Insurance Regulation website at www.companysearch.myfloridacfo.gov to search for an insurer's name.

The Department of Financial Services (Department) does not review entries for accuracy, determine the validity of the allegations, nor verify that the proper insurance company has been selected on the Property Insurance Intent to Initiate Litigation Notice (Notice). This system determines whether a filing is accepted based on whether it contains a response in all required fields necessary to submit a complete Property Insurance Intent to Initiate Litigation Notice. No determination is made as to the legal sufficiency of the information provided by the consumer or their counsel in the submission.

Alleged Acts or Omissions of the Insurer:

**Breach of Contract. Failure to Pay Full Claim. Breach of Fla. Stat. 627.702(1)(a) This offer is for settlement purposes only. We reserve the right to adjust the estimate as per price increases or possible further damages due to the Defendants failure to pay. This settlement offer is exclusive of any Assignment of Benefits.**

This Notice is being provided following alleged acts or omissions by the insurer other than the denial of coverage.

| | |
|---|---|
| Presuit Settlement Demand: | **$291,162.00** |
| Damages: | **$282,662.00** |
| Attorney Fees: | **$8,000.00** |
| Costs: | **$500.00** |
| Disputed Amount: | **$291,162.00** |

## Attachments

The following documents were included as part of this Notice. Please open this Notice online to review or download these documents.
1. LOR.pdf - Letter of Representation
2. ESTIMATE.pdf - P.A Estimate

EXHIBIT "A"

 **Guard Your Claim, Inc.**

814 Ponce de Leon Blvd
Coral Gables, FL 33134
(305) 946-9155

| | | | |
|---|---|---|---|
| Insured: | Craig Fenneman | Home: | (317) 508-3595 |
| Property: | 220 Barefoot Beach Boulevard | E-mail: | cfenneman@yahoo.com |
| | Bonita Springs, FL 34134 | | |

| | | | |
|---|---|---|---|
| Claim Rep.: | Adriana Lopez | Business: | (305) 946-9155 |
| Business: | 814 Ponce de Leon Blvd. Ste 407 | E-mail: | adriana@guardyourclaim.com |
| | Coral Gables , FL 33134 | | |

| | | | |
|---|---|---|---|
| Estimator: | Adriana Lopez | Business: | (305) 946-9155 |
| Business: | 814 Ponce de Leon Blvd. Ste 407 | E-mail: | adriana@guardyourclaim.com |
| | Coral Gables , FL 33134 | | |

**Claim Number:**          **Policy Number:** OUA12538299-00      **Type of Loss:** Hurricane

| | | | |
|---|---|---|---|
| Date of Loss: | 9/28/2022 12:00 AM | Date Received: | |
| Date Inspected: | | Date Entered: | 4/5/2023 12:00 AM |

| | |
|---|---|
| Price List: | FLFM8X_APR23 |
| | Restoration/Service/Remodel |
| Estimate: | CRAIG-FENNEMAN-IAN |

**Pursuant to Florida Statute 817.234,**

Any person who and with the intent to injure, defraud, or deceive any insurer, prepares or presents, or causes to be presented a proof of loss estimate of cost of repair or damage property in support of a claim under an insurance policy knowing having the proof of loss or estimate of claim or repairs contain any false, incomplete, or misleading information concerning and fact, thing, or material the claim commits a felony of the third degree, punishable as provided in the Florida Statute 775.082 of 775.084

This is a preliminary estimate to repair damages scoped at the time of inspection. This estimate does not consider any hidden damages that may appear. This estimate also does not consider any repair that may be required upon inspection by an engineer. Finally, this estimate does not take int account any upgrades that may be required by code or ordinance.

**NOTE**: This is only an estimate, and it can change without notice.

EXHIBIT "A"

 **Guard Your Claim, Inc.**

814 Ponce de Leon Blvd
Coral Gables, FL 33134
(305) 946-9155

**CRAIG-FENNEMAN-IAN**

**Roof**

### Metal Roof



| | |
|---|---|
| 3,721.67 Surface Area | 37.22 Number of Squares |
| 278.63 Total Perimeter Length | 73.92 Total Ridge Length |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 310.  R&R Metal roofing | 4,171.00 SF | 0.66 | 15.00 | 610.22 | 13,185.62 | 79,113.70 |
| 24.  Roofing felt - 30 lb. | 42.00 SQ | 0.00 | 58.40 | 50.51 | 500.66 | 3,003.97 |
| 25.  R&R Drip edge/gutter apron | 465.10 LF | 0.52 | 3.97 | 44.93 | 426.66 | 2,559.89 |
| 26.  Seal & paint trim - two coats | 465.10 LF | 0.00 | 1.71 | 4.56 | 159.98 | 959.86 |
| 28.  R&R Hip / Ridge cap - composition shingles | 323.50 LF | 4.44 | 6.41 | 32.38 | 708.46 | 4,250.82 |
| 29.  R&R Valley metal | 68.60 LF | 0.92 | 8.30 | 12.15 | 128.94 | 773.58 |
| 32.  Two ladders with jacks and plank (per day) | 7.00 DA | 0.00 | 116.63 | 0.00 | 163.28 | 979.69 |
| 33.  Dumpster load - Approx. 12 yards, 1-3 tons of debris | 1.00 EA | 534.00 | 0.00 | 0.00 | 106.80 | 640.80 |
| Totals:  Metal Roof | | | | 754.75 | 15,380.40 | 92,282.31 |

### Roof2

| | |
|---|---|
| 75.03 Surface Area | 0.75 Number of Squares |
| 40.31 Total Perimeter Length | 9.27 Total Ridge Length |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 21.  Tear off high grade roll roofing (no haul off) | 2.00 SQ | 43.71 | 0.00 | 0.00 | 17.48 | 104.90 |
| 19.  Roll roofing | 2.00 SQ | 0.00 | 139.23 | 9.81 | 57.66 | 345.93 |
| Totals:  Roof2 | | | | 9.81 | 75.14 | 450.83 |

### Exterior

CRAIG-FENNEMAN-IAN

EXHIBIT "A"

 **Guard Your Claim, Inc.**

814 Ponce de Leon Blvd
Coral Gables, FL 33134
(305) 946-9155

**CONTINUED - Exterior**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 106.  Seal & paint stucco | 4,400.00 SF | 0.00 | 1.70 | 95.48 | 1,515.10 | 9,090.58 |
| 107.  Exterior - paint two coats | 4,400.00 SF | 0.00 | 1.41 | 129.36 | 1,266.68 | 7,600.04 |
| 300.  R&R Paver travertine | 2,500.00 SF | 4.16 | 14.74 | 957.25 | 9,641.46 | 57,848.71 |
| 313.  R&R Storm door assembly | 2.00 EA | 27.72 | 318.02 | 25.83 | 143.44 | 860.75 |
| Totals:  Exterior | | | | 1,207.92 | 12,566.68 | 75,400.08 |

**Garage**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 108.  Content Manipulation charge - per hour | 1.00 HR | 0.00 | 53.43 | 0.00 | 10.68 | 64.11 |
| 123.  R&R 1/2" drywall - hung, taped, ready for texture | 516.40 SF | 0.66 | 2.86 | 24.22 | 368.38 | 2,210.32 |
| 110.  R&R Blown-in insulation - 10" depth - R26 | 520.00 SF | 1.35 | 1.27 | 33.85 | 279.26 | 1,675.51 |
| 111.  Mask and prep for paint - plastic, paper, tape (per LF) | 520.00 LF | 0.00 | 1.63 | 9.83 | 171.48 | 1,028.91 |
| 114.  Texture drywall - machine | 520.00 SF | 0.00 | 0.84 | 1.82 | 87.72 | 526.34 |
| 115.  Paint the surface area - two coats | 520.00 SF | 0.00 | 1.19 | 11.28 | 126.02 | 756.10 |
| 129.  R&R Overhead (garage) door opener - High grade | 4.00 EA | 34.92 | 570.97 | 81.20 | 500.96 | 3,005.72 |
| 126.  R&R Overhead door & hardware - 10' x 8' | 4.00 EA | 124.06 | 2,059.51 | 448.19 | 1,836.48 | 11,018.95 |
| 128.  R&R Overhead door & hardware - 8' x 7' | 1.00 EA | 102.47 | 1,259.05 | 61.88 | 284.70 | 1,708.10 |
| 134.  R&R Block - 8" x 8" x 16" - in place | 157.00 SF | 3.56 | 9.44 | 32.42 | 414.68 | 2,488.10 |
| 137.  R&R Block - 8" x 8" x 16" - in place | 25.20 SF | 3.56 | 9.44 | 5.20 | 66.56 | 399.36 |
| 138.  R&R Block - 8" x 8" x 16" - in place | 301.00 SF | 3.56 | 9.44 | 62.16 | 795.04 | 4,770.20 |
| 139.  R&R Block - 8" x 8" x 16" - in place | 93.00 SF | 3.56 | 9.44 | 19.20 | 245.64 | 1,473.84 |
| 140.  R&R Block - 8" x 8" x 16" - in place | 27.00 SF | 3.56 | 9.44 | 5.58 | 71.32 | 427.90 |
| 142.  Add on for impact resistant laminated glass | 24.00 SF | 0.00 | 10.04 | 16.87 | 51.58 | 309.41 |
| Door w/ Impact Glass | | | | | | |
| **Impact Windows:** | | | | | | |
| 143.  Add on for impact resistant laminated glass | 55.00 SF | 0.00 | 10.04 | 38.65 | 118.18 | 709.03 |

CRAIG-FENNEMAN-IAN

EXHIBIT "A"

 **Guard Your Claim, Inc.**

814 Ponce de Leon Blvd
Coral Gables, FL 33134
(305) 946-9155

### CONTINUED - Garage

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 144. Add on for impact resistant laminated glass | 42.00 SF | 0.00 | 10.04 | 29.52 | 90.24 | 541.44 |
| **Includes two windows** | | | | | | |
| 145. Add on for impact resistant laminated glass | 5.00 SF | 0.00 | 10.04 | 3.51 | 10.74 | 64.45 |
| Totals: Garage | | | | 885.38 | 5,529.66 | 33,177.79 |
| Total: Roof | | | | **2,857.86** | **33,551.88** | **201,311.01** |

### First Floor

**First Floor**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 299. R&R Elevator Door | 25.50 SF | 1.97 | 13.48 | 8.53 | 80.48 | 482.99 |
| 280. R&R Stairway - stringers, treads & risers (per tread) | 11.00 EA | 23.57 | 85.74 | 19.48 | 244.38 | 1,466.27 |
| 286. R&R Stairway - midpoint landing - (enter SF of landing) | 18.10 SF | 1.97 | 13.48 | 6.06 | 57.16 | 342.87 |
| 283. R&R Pre-finished solid wood flooring - Premium grade | 52.00 SF | 3.68 | 17.81 | 49.07 | 233.32 | 1,399.87 |
| 284. Sand, stain, and finish wood floor | 52.00 SF | 0.00 | 5.44 | 3.79 | 57.34 | 344.01 |
| 285. Final cleaning - construction - Residential | 52.00 SF | 0.00 | 0.34 | 0.00 | 3.54 | 21.22 |
| Total: First Floor | | | | 86.93 | 676.22 | 4,057.23 |



**Foyer/Entry**  **Height: 8'**

| | |
|---|---|
| 277.33 SF Walls | 70.42 SF Ceiling |
| 347.75 SF Walls & Ceiling | 70.42 SF Floor |
| 7.82 SY Flooring | 34.67 LF Floor Perimeter |
| 34.67 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 34. Content Manipulation charge - per hour | 1.00 HR | 0.00 | 53.43 | 0.00 | 10.68 | 64.11 |
| 56. R&R 1/2" drywall - hung, taped, ready for texture | 277.33 SF | 0.66 | 2.86 | 13.01 | 197.84 | 1,187.05 |
| 38. R&R Blown-in insulation - 10" depth - R26 | 277.33 SF | 1.35 | 1.27 | 18.05 | 148.94 | 893.60 |

CRAIG-FENNEMAN-IAN

EXHIBIT "A"

 **Guard Your Claim, Inc.**

814 Ponce de Leon Blvd
Coral Gables, FL 33134
(305) 946-9155

**CONTINUED - Foyer/Entry**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 40.  Mask and prep for paint - plastic, paper, tape (per LF) | 34.67 LF | 0.00 | 1.63 | 0.66 | 11.44 | 68.61 |
| 41.  Floor protection - self-adhesive plastic film | 70.42 SF | 0.66 | 0.00 | 0.69 | 9.44 | 56.61 |
| 42.  Apply plant-based anti-microbial agent to the walls | 277.33 SF | 0.00 | 0.34 | 0.97 | 19.06 | 114.32 |
| 44.  Texture drywall - machine | 277.33 SF | 0.00 | 0.84 | 0.97 | 46.80 | 280.73 |
| 45.  Paint the walls - two coats | 277.33 SF | 0.00 | 1.19 | 6.02 | 67.20 | 403.24 |
| 57.  R&R Ceramic tile base - High grade | 70.42 LF | 3.31 | 19.86 | 44.66 | 335.26 | 2,011.55 |
| 63.  R&R Exterior door - Deluxe grade - wood w/detail - pre-hung | 1.00 EA | 33.67 | 2,450.03 | 163.19 | 529.38 | 3,176.27 |
| 65.  R&R Exterior door sidelite - sidelite only - High grade | 1.00 EA | 68.76 | 602.84 | 31.81 | 140.68 | 844.09 |
| 61.  Final cleaning - construction - Residential | 70.42 SF | 0.00 | 0.34 | 0.00 | 4.78 | 28.72 |
| Totals:  Foyer/Entry | | | | 280.03 | 1,521.50 | 9,128.90 |

### Storage Room                                                                 Height: 8'



| | |
|---|---|
| 366.67 SF Walls | 109.13 SF Ceiling |
| 475.79 SF Walls & Ceiling | 109.13 SF Floor |
| 12.13 SY Flooring | 45.83 LF Floor Perimeter |
| 45.83 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 66.  Content Manipulation charge - per hour | 1.00 HR | 0.00 | 53.43 | 0.00 | 10.68 | 64.11 |
| 78.  R&R 5/8" drywall - hung, taped, ready for texture | 15.00 SF | 0.66 | 2.97 | 0.75 | 11.06 | 66.26 |
| 67.  R&R 1/2" drywall - hung, taped, ready for texture | 366.67 SF | 0.66 | 2.86 | 17.20 | 261.58 | 1,569.46 |
| 68.  R&R Blown-in insulation - 10" depth - R26 | 475.79 SF | 1.35 | 1.27 | 30.97 | 255.52 | 1,533.06 |
| 69.  Mask and prep for paint - plastic, paper, tape (per LF) | 45.83 LF | 0.00 | 1.63 | 0.87 | 15.12 | 90.69 |
| 70.  Floor protection - self-adhesive plastic film | 109.13 SF | 0.66 | 0.00 | 1.07 | 14.62 | 87.72 |
| 71.  Apply plant-based anti-microbial agent to the walls and ceiling | 475.79 SF | 0.00 | 0.34 | 1.67 | 32.70 | 196.14 |
| 79.  Texture drywall - heavy hand texture | 109.13 SF | 0.00 | 1.73 | 1.45 | 38.06 | 228.30 |

CRAIG-FENNEMAN-IAN

EXHIBIT "A"



**Guard Your Claim, Inc.**

814 Ponce de Leon Blvd
Coral Gables, FL 33134
(305) 946-9155

**CONTINUED - Storage Room**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 72.  Texture drywall - machine | 366.67 SF | 0.00 | 0.84 | 1.28 | 61.86 | 371.14 |
| 73.  Paint the walls and ceiling - two coats | 475.79 SF | 0.00 | 1.19 | 10.32 | 115.30 | 691.81 |
| 77.  Final cleaning - construction - Residential | 109.13 SF | 0.00 | 0.34 | 0.00 | 7.42 | 44.52 |
| Totals:  Storage Room | | | | 65.58 | 823.92 | 4,943.21 |



| Office Room | | | | | Height: 11' 2" | |
|---|---|---|---|---|---|---|

900.78  SF Walls                    384.92  SF Ceiling
1,285.69  SF Walls & Ceiling        384.92  SF Floor
42.77  SY Flooring                  80.67  LF Floor Perimeter
80.67  LF Ceil. Perimeter

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 80.  Content Manipulation charge - per hour | 1.00 HR | 0.00 | 53.43 | 0.00 | 10.68 | 64.11 |
| 81.  R&R 5/8" drywall - hung, taped, ready for texture | 384.92 SF | 0.66 | 2.97 | 19.13 | 283.28 | 1,699.67 |
| 82.  R&R 1/2" drywall - hung, taped, ready for texture | 900.78 SF | 0.66 | 2.86 | 42.25 | 642.60 | 3,855.59 |
| 83.  R&R Blown-in insulation - 10" depth - R26 | 1,285.69 SF | 1.35 | 1.27 | 83.70 | 690.44 | 4,142.65 |
| 84.  Mask and prep for paint - plastic, paper, tape (per LF) | 80.67 LF | 0.00 | 1.63 | 1.52 | 26.60 | 159.61 |
| 85.  Floor protection - self-adhesive plastic film | 384.92 SF | 0.66 | 0.00 | 3.77 | 51.58 | 309.40 |
| 86.  Apply plant-based anti-microbial agent to the walls and ceiling | 1,285.69 SF | 0.00 | 0.34 | 4.50 | 88.32 | 529.95 |
| 87.  Texture drywall - heavy hand texture | 384.92 SF | 0.00 | 1.73 | 5.12 | 134.20 | 805.23 |
| 88.  Texture drywall - machine | 900.78 SF | 0.00 | 0.84 | 3.15 | 151.98 | 911.79 |
| 89.  Paint the walls and ceiling - two coats | 1,285.69 SF | 0.00 | 1.19 | 27.90 | 311.58 | 1,869.45 |
| 90.  Final cleaning - construction - Residential | 384.92 SF | 0.00 | 0.34 | 0.00 | 26.18 | 157.05 |
| Totals:  Office Room | | | | 191.04 | 2,417.44 | 14,504.50 |

EXHIBIT "A"



**Guard Your Claim, Inc.**

814 Ponce de Leon Blvd
Coral Gables, FL 33134
(305) 946-9155



| **Hall** | | | | | **Height: 11' 2"** |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| 653.25 SF Walls | | | 168.89 SF Ceiling | | |
| 822.14 SF Walls & Ceiling | | | 168.89 SF Floor | | |
| 18.77 SY Flooring | | | 58.50 LF Floor Perimeter | | |
| 58.50 LF Ceil. Perimeter | | | | | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 91. Content Manipulation charge - per hour | 1.00 HR | 0.00 | 53.43 | 0.00 | 10.68 | 64.11 |
| 93. R&R 1/2" drywall - hung, taped, ready for texture | 653.25 SF | 0.66 | 2.86 | 30.64 | 466.02 | 2,796.11 |
| 94. R&R Blown-in insulation - 10" depth - R26 | 653.25 SF | 1.35 | 1.27 | 42.53 | 350.80 | 2,104.85 |
| 95. Mask and prep for paint - plastic, paper, tape (per LF) | 58.50 LF | 0.00 | 1.63 | 1.11 | 19.30 | 115.77 |
| 96. Floor protection - self-adhesive plastic film | 168.89 SF | 0.66 | 0.00 | 1.65 | 22.64 | 135.76 |
| 97. Apply plant-based anti-microbial agent to the walls | 653.25 SF | 0.00 | 0.34 | 2.29 | 44.88 | 269.28 |
| 99. Texture drywall - machine | 653.25 SF | 0.00 | 0.84 | 2.29 | 110.20 | 661.22 |
| 100. Paint the walls - two coats | 653.25 SF | 0.00 | 1.19 | 14.18 | 158.32 | 949.87 |
| 101. Final cleaning - construction - Residential | 168.89 SF | 0.00 | 0.34 | 0.00 | 11.48 | 68.90 |

| Totals: Hall | | | | 94.69 | 1,194.32 | 7,165.87 |
|---|---|---|---|---|---|---|



| **Room** | | | | | **Height: 8'** |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| 650.67 SF Walls | | | 413.44 SF Ceiling | | |
| 1,064.11 SF Walls & Ceiling | | | 413.44 SF Floor | | |
| 45.94 SY Flooring | | | 81.33 LF Floor Perimeter | | |
| 81.33 LF Ceil. Perimeter | | | | | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 102. R&R French door, 8' - Interior - single - pre-hung unit | 1.00 EA | 31.43 | 1,128.90 | 71.44 | 246.34 | 1,478.11 |
| 104. Add on for impact resistant laminated glass | 72.00 SF | 0.00 | 10.04 | 50.60 | 154.70 | 928.18 |
| **Impact glass for french door** | | | | | | |
| 105. Add on for impact resistant laminated glass | 67.00 SF | 0.00 | 10.04 | 47.09 | 143.96 | 863.73 |
| **4 Impact Windows** | | | | | | |

CRAIG-FENNEMAN-IAN

EXHIBIT "A"

 **Guard Your Claim, Inc.**

814 Ponce de Leon Blvd
Coral Gables, FL 33134
(305) 946-9155

**CONTINUED - Room**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| Totals:  Room | | | | 169.13 | 545.00 | 3,270.02 |
| Total: First Floor | | | | **887.40** | **7,178.40** | **43,069.73** |

**Second Floor**

**Second Floor**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 287.  R&R Stairway - stringers, treads & risers (per tread) | 11.00 EA | 23.57 | 85.74 | 19.48 | 244.38 | 1,466.27 |
| 288.  R&R Stairway - midpoint landing - (enter SF of landing) | 18.10 SF | 1.97 | 13.48 | 6.06 | 57.16 | 342.87 |
| 289.  R&R Pre-finished solid wood flooring - Premium grade | 52.00 SF | 3.68 | 17.81 | 49.07 | 233.32 | 1,399.87 |
| 290.  Sand, stain, and finish wood floor | 52.00 SF | 0.00 | 5.44 | 3.79 | 57.34 | 344.01 |
| 291.  Final cleaning - construction - Residential | 52.00 SF | 0.00 | 0.34 | 0.00 | 3.54 | 21.22 |
| **Guest Exterior Door w/ Impact Glass** | | | | | | |
| 278.  R&R French door - Exterior - pre-hung unit | 1.00 EA | 33.67 | 1,011.72 | 62.51 | 221.58 | 1,329.48 |
| 279.  Add on for impact resistant laminated glass | 25.00 SF | 0.00 | 10.04 | 17.57 | 53.72 | 322.29 |
| Total:  Second Floor | | | | 158.48 | 871.04 | 5,226.01 |



**Kitchen/Living Room**                                                                  **Height: 8'**

| | |
|---|---|
| 1,175.24  SF Walls | 1,097.90  SF Ceiling |
| 2,273.13  SF Walls & Ceiling | 1,097.90  SF Floor |
| 121.99  SY Flooring | 146.90  LF Floor Perimeter |
| 146.90  LF Ceil. Perimeter | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 210.  Content Manipulation charge - per hour | 1.00 HR | 0.00 | 53.43 | 0.00 | 10.68 | 64.11 |
| 211.  R&R 5/8" drywall - hung, taped, with smooth wall finish | 1,097.90 SF | 0.66 | 4.65 | 55.33 | 1,177.02 | 7,062.20 |
| 212.  R&R Blown-in insulation - 12" depth - R30 | 1,097.90 SF | 1.54 | 1.43 | 82.23 | 668.60 | 4,011.60 |
| 213.  Mask and prep for paint - plastic, paper, tape (per LF) | 146.90 LF | 0.00 | 1.63 | 2.78 | 48.46 | 290.69 |

CRAIG-FENNEMAN-IAN                                                      4/24/2023        Page: 8

EXHIBIT "A"

 **Guard Your Claim, Inc.**

814 Ponce de Leon Blvd
Coral Gables, FL 33134
(305) 946-9155

### CONTINUED - Kitchen/Living Room

| DESCRIPTION | QTY | | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 214.  Floor protection - self-adhesive plastic film | 1,097.90 | SF | 0.66 | 0.00 | 10.76 | 147.08 | 882.45 |
| 216.  Texture drywall - heavy hand texture | 1,097.90 | SF | 0.00 | 1.73 | 14.60 | 382.80 | 2,296.77 |
| 217.  Seal the ceiling w/latex based stain blocker - one coat | 1,097.90 | SF | 0.00 | 0.72 | 6.15 | 159.34 | 955.98 |
| 218.  Paint the ceiling - two coats | 1,097.90 | SF | 0.00 | 1.19 | 23.82 | 266.06 | 1,596.38 |
| 235.  R&R Crown molding - 3 1/4" | 170.00 | LF | 1.06 | 5.84 | 27.13 | 240.02 | 1,440.15 |
| 236.  Paint crown molding - two coats | 170.00 | LF | 0.00 | 1.82 | 2.14 | 62.30 | 373.84 |
| 221.  R&R Tile Backsplash - High grade | 8.90 | LF | 3.31 | 17.08 | 3.91 | 37.08 | 222.46 |
| 223.  R&R Cabinetry - upper (wall) units - Deluxe grade | 20.30 | LF | 11.79 | 487.28 | 616.53 | 2,149.52 | 12,897.17 |
| 225.  R&R Cabinetry - lower (base) units - Deluxe grade | 36.40 | LF | 11.79 | 625.73 | 1,458.27 | 4,932.82 | 29,596.82 |
| 226.  R&R Countertop - Granite or Marble | 30.21 | SF | 8.48 | 75.67 | 58.43 | 520.12 | 3,120.72 |
| 227.  R&R Islandtop - Granite or Marble | 11.70 | SF | 8.48 | 75.67 | 22.63 | 201.42 | 1,208.61 |
| 228.  R&R Travertine tile - High grade | 1,097.90 | SF | 3.93 | 14.16 | 665.55 | 4,105.34 | 24,631.90 |
| 219.  R&R Recessed light fixture | 25.00 | EA | 17.51 | 145.20 | 62.16 | 826.00 | 4,955.91 |
| 229.  Install Heat/AC register - Mechanically attached - Detach & reset | 7.00 | EA | 0.00 | 19.12 | 0.00 | 26.76 | 160.60 |
| 230.  Clean ceiling fan and light | 1.00 | EA | 0.00 | 34.02 | 0.00 | 6.80 | 40.82 |
| 231.  R&R Hanging light fixture | 3.00 | EA | 19.76 | 97.75 | 7.39 | 72.00 | 431.92 |
| 232.  R&R Sprinkler head with escutcheon | 10.00 | EA | 9.43 | 33.77 | 17.04 | 89.80 | 538.84 |
| 233.  R&R Smoke detector | 1.00 | EA | 17.44 | 67.11 | 1.80 | 17.26 | 103.61 |
| 220.  Final cleaning - construction - Residential | 1,097.90 | SF | 0.00 | 0.34 | 0.00 | 74.66 | 447.95 |

| Totals:  Kitchen/Living Room | | | | | 3,138.65 | 16,221.94 | 97,331.50 |
|---|---|---|---|---|---|---|---|



**Closet**                                        **Height: 8'**

| 173.33 SF Walls | 29.34 SF Ceiling |
|---|---|
| 202.67 SF Walls & Ceiling | 29.34 SF Floor |
| 3.26 SY Flooring | 21.67 LF Floor Perimeter |
| 21.67 LF Ceil. Perimeter | |

EXHIBIT "A"



**Guard Your Claim, Inc.**

814 Ponce de Leon Blvd
Coral Gables, FL 33134
(305) 946-9155

**CONTINUED - Closet**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 237.  Content Manipulation charge - per hour | 1.00 HR | 0.00 | 53.43 | 0.00 | 10.68 | 64.11 |
| 277.  R&R Travertine tile - Premium grade | 29.34 SF | 3.93 | 18.24 | 26.17 | 135.34 | 811.98 |
| 257.  Final cleaning - construction - Residential | 29.34 SF | 0.00 | 0.34 | 0.00 | 2.00 | 11.98 |
| Totals:  Closet | | | | 26.17 | 148.02 | 888.07 |



**Bathroom 1**      **Height: 8'**

232.00 SF Walls      49.50 SF Ceiling
281.50 SF Walls & Ceiling      49.50 SF Floor
5.50 SY Flooring      29.00 LF Floor Perimeter
29.00 LF Ceil. Perimeter

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 258.  Content Manipulation charge - per hour | 1.00 HR | 0.00 | 53.43 | 0.00 | 10.68 | 64.11 |
| 275.  R&R Travertine tile - Premium grade | 49.50 SF | 3.93 | 18.24 | 44.14 | 228.30 | 1,369.86 |
| 260.  Final cleaning - construction - Residential | 49.50 SF | 0.00 | 0.34 | 0.00 | 3.36 | 20.19 |
| Totals:  Bathroom 1 | | | | 44.14 | 242.34 | 1,454.16 |



**Dining Room**      **Height: 8'**

474.67 SF Walls      218.85 SF Ceiling
693.52 SF Walls & Ceiling      218.85 SF Floor
24.32 SY Flooring      59.33 LF Floor Perimeter
59.33 LF Ceil. Perimeter

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 261.  Content Manipulation charge - per hour | 1.00 HR | 0.00 | 53.43 | 0.00 | 10.68 | 64.11 |
| 276.  R&R Travertine tile - Premium grade | 218.85 SF | 3.93 | 18.24 | 195.17 | 1,009.42 | 6,056.49 |
| 263.  Final cleaning - construction - Residential | 218.85 SF | 0.00 | 0.34 | 0.00 | 14.88 | 89.29 |

EXHIBIT "A"



**Guard Your Claim, Inc.**

814 Ponce de Leon Blvd
Coral Gables, FL 33134
(305) 946-9155

**CONTINUED - Dining Room**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| Totals: Dining Room | | | | 195.17 | 1,034.98 | 6,209.89 |



**Hallway**                                                                 **Height: 8'**

| 125.33 SF Walls | 15.33 SF Ceiling |
|---|---|
| 140.67 SF Walls & Ceiling | 15.33 SF Floor |
| 1.70 SY Flooring | 15.67 LF Floor Perimeter |
| 15.67 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 264. Content Manipulation charge - per hour | 1.00 HR | 0.00 | 53.43 | 0.00 | 10.68 | 64.11 |
| 274. R&R Travertine tile - Premium grade | 15.33 SF | 3.93 | 18.24 | 13.67 | 70.72 | 424.26 |
| 266. Final cleaning - construction - Residential | 15.33 SF | 0.00 | 0.34 | 0.00 | 1.04 | 6.25 |
| Totals: Hallway | | | | 13.67 | 82.44 | 494.62 |



**Bedroom**                                                               **Height: 8'**

| 502.67 SF Walls | 244.86 SF Ceiling |
|---|---|
| 747.53 SF Walls & Ceiling | 244.86 SF Floor |
| 27.21 SY Flooring | 62.83 LF Floor Perimeter |
| 62.83 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 267. Content Manipulation charge - per hour | 1.00 HR | 0.00 | 53.43 | 0.00 | 10.68 | 64.11 |
| 268. R&R Travertine tile - Premium grade | 244.86 SF | 3.93 | 18.24 | 218.37 | 1,129.40 | 6,776.32 |
| 269. Final cleaning - construction - Residential | 244.86 SF | 0.00 | 0.34 | 0.00 | 16.66 | 99.91 |
| Totals: Bedroom | | | | 218.37 | 1,156.74 | 6,940.34 |

EXHIBIT "A"

 **Guard Your Claim, Inc.**

814 Ponce de Leon Blvd
Coral Gables, FL 33134
(305) 946-9155



**Bathroom 2**                                         **Height: 8'**

| | | |
|---|---|---|
| 184.00 SF Walls | | 30.00 SF Ceiling |
| 214.00 SF Walls & Ceiling | | 30.00 SF Floor |
| 3.33 SY Flooring | | 23.00 LF Floor Perimeter |
| 23.00 LF Ceil. Perimeter | | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 270. Content Manipulation charge - per hour | 1.00 HR | 0.00 | 53.43 | 0.00 | 10.68 | 64.11 |
| 273. R&R Travertine tile - Premium grade | 30.00 SF | 3.93 | 18.24 | 26.75 | 138.38 | 830.23 |
| 272. Final cleaning - construction - Residential | 30.00 SF | 0.00 | 0.34 | 0.00 | 2.04 | 12.24 |
| Totals: Bathroom 2 | | | | 26.75 | 151.10 | 906.58 |
| Total: Second Floor | | | | 3,821.40 | 19,908.60 | 119,451.17 |

### Thrid Floor

**Thrid Floor**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 298. R&R Elevator Door | 25.50 SF | 1.97 | 13.48 | 8.53 | 80.48 | 482.99 |
| 292. R&R Stairway - stringers, treads & risers (per tread) | 11.00 EA | 23.57 | 85.74 | 19.48 | 244.38 | 1,466.27 |
| 293. R&R Stairway - midpoint landing - (enter SF of landing) | 18.10 SF | 1.97 | 13.48 | 6.06 | 57.16 | 342.87 |
| 294. R&R Pre-finished solid wood flooring - Premium grade | 52.00 SF | 3.68 | 17.81 | 49.07 | 233.32 | 1,399.87 |
| 295. Sand, stain, and finish wood floor | 52.00 SF | 0.00 | 5.44 | 3.79 | 57.34 | 344.01 |
| 296. Final cleaning - construction - Residential | 52.00 SF | 0.00 | 0.34 | 0.00 | 3.54 | 21.22 |
| Total: Thrid Floor | | | | 86.93 | 676.22 | 4,057.23 |



**Masterbed**                                         **Height: 8'**

| | | |
|---|---|---|
| 1,183.34 SF Walls | | 671.57 SF Ceiling |
| 1,854.91 SF Walls & Ceiling | | 671.57 SF Floor |
| 74.62 SY Flooring | | 147.92 LF Floor Perimeter |
| 147.92 LF Ceil. Perimeter | | |

CRAIG-FENNEMAN-IAN

4/24/2023      Page: 12

EXHIBIT "A"

 **Guard Your Claim, Inc.**

814 Ponce de Leon Blvd
Coral Gables, FL 33134
(305) 946-9155

### CONTINUED - Masterbed

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 172. Content Manipulation charge - per hour | 1.00 HR | 0.00 | 53.43 | 0.00 | 10.68 | 64.11 |
| 173. R&R 5/8" drywall - hung, taped, with smooth wall finish | 671.57 SF | 0.66 | 4.65 | 33.85 | 719.98 | 4,319.87 |
| 174. R&R Blown-in insulation - 12" depth - R30 | 671.57 SF | 1.54 | 1.43 | 50.30 | 408.98 | 2,453.85 |
| 175. Mask and prep for paint - plastic, paper, tape (per LF) | 147.92 LF | 0.00 | 1.63 | 2.80 | 48.78 | 292.69 |
| 176. Floor protection - self-adhesive plastic film | 671.57 SF | 0.66 | 0.00 | 6.58 | 89.96 | 539.78 |
| 177. Apply plant-based anti-microbial agent to the ceiling | 671.57 SF | 0.00 | 0.34 | 2.35 | 46.14 | 276.82 |
| 178. Texture drywall - heavy hand texture | 671.57 SF | 0.00 | 1.73 | 8.93 | 234.14 | 1,404.89 |
| 179. Paint the ceiling - two coats | 671.57 SF | 0.00 | 1.19 | 14.57 | 162.76 | 976.50 |
| 180. R&R Crown molding - 3 1/4" | 136.95 LF | 1.06 | 5.84 | 21.86 | 193.38 | 1,160.20 |
| 181. Paint crown molding - two coats | 136.95 LF | 0.00 | 1.82 | 1.73 | 50.20 | 301.18 |
| 234. R&R Sprinkler head with escutcheon | 6.00 EA | 9.43 | 33.77 | 10.22 | 53.88 | 323.30 |
| 184. Heat/AC register - Mechanically attached | 3.00 EA | 0.00 | 26.07 | 1.89 | 16.02 | 96.12 |
| 186. Ceiling fan & light | 2.00 EA | 0.00 | 377.35 | 17.85 | 154.52 | 927.07 |
| 188. R&R Recessed light fixture | 13.00 EA | 17.51 | 145.20 | 32.32 | 429.50 | 2,577.05 |
| 189. R&R Smoke detector | 1.00 EA | 17.44 | 67.11 | 1.80 | 17.26 | 103.61 |
| 190. R&R Ceramic tile base - High grade | 100.00 LF | 3.31 | 19.86 | 63.42 | 476.08 | 2,856.50 |
| Tile Floor on Balcony | | | | | | |
| 191. R&R French double doors - Exterior - pre-hung unit | 1.00 EA | 42.85 | 1,761.11 | 106.21 | 382.04 | 2,292.21 |
| Doors to Balcony | | | | | | |
| 192. Add on for impact resistant laminated glass | 68.00 SF | 0.00 | 10.04 | 47.79 | 146.10 | 876.61 |
| 199. R&R Pre-finished solid wood flooring - Premium grade | 671.57 SF | 3.68 | 17.81 | 633.69 | 3,013.16 | 18,078.89 |
| 193. Sand, stain, and finish wood floor | 671.57 SF | 0.00 | 5.44 | 48.89 | 740.44 | 4,442.67 |
| 200. Final cleaning - construction - Residential | 671.57 SF | 0.00 | 0.34 | 0.00 | 45.66 | 273.99 |
| Totals: Masterbed | | | | 1,107.05 | 7,439.66 | 44,637.91 |

EXHIBIT "A"



**Guard Your Claim, Inc.**

814 Ponce de Leon Blvd
Coral Gables, FL 33134
(305) 946-9155



**Masterbed CL**                                                                                 **Height: 8'**

| | | | |
|---|---|---|---|
| 237.33 SF Walls | | 53.65 SF Ceiling | |
| 290.98 SF Walls & Ceiling | | 53.65 SF Floor | |
| 5.96 SY Flooring | | 29.67 LF Floor Perimeter | |
| 29.67 LF Ceil. Perimeter | | | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 201.  Content Manipulation charge - per hour | 1.00 HR | 0.00 | 53.43 | 0.00 | 10.68 | 64.11 |
| 202.  R&R Pre-finished solid wood flooring - Premium grade | 53.65 SF | 3.68 | 17.81 | 50.62 | 240.70 | 1,444.26 |
| 203.  Sand, stain, and finish wood floor | 53.65 SF | 0.00 | 5.44 | 3.91 | 59.16 | 354.93 |
| 204.  Final cleaning - construction - Residential | 53.65 SF | 0.00 | 0.34 | 0.00 | 3.64 | 21.88 |
| Totals:  Masterbed CL | | | | 54.53 | 314.18 | 1,885.18 |



**Entry to bedroom**                                                                             **Height: 8'**

| | | | |
|---|---|---|---|
| 152.00 SF Walls | | 20.56 SF Ceiling | |
| 172.56 SF Walls & Ceiling | | 20.56 SF Floor | |
| 2.28 SY Flooring | | 19.00 LF Floor Perimeter | |
| 19.00 LF Ceil. Perimeter | | | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 205.  Content Manipulation charge - per hour | 1.00 HR | 0.00 | 53.43 | 0.00 | 10.68 | 64.11 |
| 206.  R&R Pre-finished solid wood flooring - Premium grade | 20.56 SF | 3.68 | 17.81 | 19.40 | 92.26 | 553.49 |
| 207.  Sand, stain, and finish wood floor | 20.56 SF | 0.00 | 5.44 | 1.50 | 22.68 | 136.03 |
| 208.  Final cleaning - construction - Residential | 20.56 SF | 0.00 | 0.34 | 0.00 | 1.40 | 8.39 |
| Totals:  Entry to bedroom | | | | 20.90 | 127.02 | 762.02 |

**Personal Property**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 309.  Personal Property (attached) | 1.00 EA | 0.00 | 52,620.00 | 0.00 | 0.00 | 52,620.00 |

CRAIG-FENNEMAN-IAN                                                        4/24/2023          Page: 14

EXHIBIT "A"

 **Guard Your Claim, Inc.**

814 Ponce de Leon Blvd
Coral Gables, FL 33134
(305) 946-9155

### CONTINUED - Personal Property

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| Totals: Personal Property | | | | 0.00 | 0.00 | 52,620.00 |
| Total: Thrid Floor | | | | 1,269.41 | 8,557.08 | 103,962.34 |

### Generals

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 301. Cleaning Technician - per hour | 8.00 HR | 0.00 | 53.77 | 0.00 | 86.04 | 516.20 |
| 302. Electrician - per hour | 8.00 HR | 0.00 | 120.68 | 0.00 | 193.08 | 1,158.52 |
| 304. Haul debris - per pickup truck load - including dump fees | 8.00 EA | 197.91 | 0.00 | 0.00 | 316.66 | 1,899.94 |
| Totals: Generals | | | | 0.00 | 595.78 | 3,574.66 |

### Labor Minimums Applied

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 305. Plumbing - Labor Minimum | 1.00 EA | 0.00 | 356.21 | 0.00 | 71.24 | 427.45 |
| 306. Heat, Vent, & Air Conditioning - Labor Minimum | 1.00 EA | 0.00 | 319.61 | 0.00 | 63.92 | 383.53 |
| 307. Cleaning - Labor Minimum | 1.00 EA | 0.00 | 134.43 | 0.00 | 26.88 | 161.31 |
| 308. Electrical - Labor Minimum | 1.00 EA | 0.00 | 301.71 | 0.00 | 60.34 | 362.05 |
| Totals: Labor Minimums Applied | | | | 0.00 | 222.38 | 1,334.34 |
| **Line Item Totals: CRAIG-FENNEMAN-IAN** | | | | 8,836.07 | 70,014.12 | 472,703.25 |

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 7,288.60 | SF Walls | 3,578.35 | SF Ceiling | 10,866.95 | SF Walls and Ceiling |
| 3,578.35 | SF Floor | 397.59 | SY Flooring | 855.99 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 855.99 | LF Ceil. Perimeter |
| 3,578.35 | Floor Area | 3,870.32 | Total Area | 7,288.60 | Interior Wall Area |
| 9,176.42 | Exterior Wall Area | 895.87 | Exterior Perimeter of Walls | | |
| 4,314.37 | Surface Area | 43.14 | Number of Squares | 599.50 | Total Perimeter Length |
| 139.78 | Total Ridge Length | 0.00 | Total Hip Length | | |

CRAIG-FENNEMAN-IAN

EXHIBIT "A"

 **Guard Your Claim, Inc.**

814 Ponce de Leon Blvd
Coral Gables, FL 33134
(305) 946-9155

## Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 393,853.06 |
| Material Sales Tax | 8,836.07 |
| Subtotal | 402,689.13 |
| Overhead | 35,007.06 |
| Profit | 35,007.06 |
| **Replacement Cost Value** | **$472,703.25** |
| **Net Claim** | **$472,703.25** |

_____

Adriana Lopez

CRAIG-FENNEMAN-IAN                                          4/24/2023          Page: 16

EXHIBIT "A"

 **Guard Your Claim, Inc.**

814 Ponce de Leon Blvd
Coral Gables, FL 33134
(305) 946-9155

### Recap of Taxes, Overhead and Profit

| | Overhead (10%) | Profit (10%) | Material Sales Tax (7%) | Laundering Tax (2%) | Manuf. Home Tax (6%) | Storage Rental Tax (7%) |
|---|---|---|---|---|---|---|
| **Line Items** | | | | | | |
| | 35,007.06 | 35,007.06 | 8,836.07 | 0.00 | 0.00 | 0.00 |
| **Total** | | | | | | |
| | **35,007.06** | **35,007.06** | **8,836.07** | **0.00** | **0.00** | **0.00** |

CRAIG-FENNEMAN-IAN

EXHIBIT "A"

 **Guard Your Claim, Inc.**

814 Ponce de Leon Blvd
Coral Gables, FL 33134
(305) 946-9155

## Recap by Room

**Estimate: CRAIG-FENNEMAN-IAN**

| | | |
|---|---:|---:|
| **Area: Roof** | | |
| Metal Roof | 76,147.16 | 19.33% |
| Roof2 | 365.88 | 0.09% |
| Exterior | 61,625.48 | 15.65% |
| Garage | 26,762.75 | 6.80% |
| **Area Subtotal:  Roof** | **164,901.27** | **41.87%** |
| **Area: First Floor** | **3,294.08** | **0.84%** |
| Foyer/Entry | 7,327.37 | 1.86% |
| Storage Room | 4,053.71 | 1.03% |
| Office Room | 11,896.02 | 3.02% |
| Hall | 5,876.86 | 1.49% |
| Room | 2,555.89 | 0.65% |
| **Area Subtotal:  First Floor** | **35,003.93** | **8.89%** |
| **Area: Second Floor** | **4,196.49** | **1.07%** |
| Kitchen/Living Room | 77,970.91 | 19.80% |
| Closet | 713.88 | 0.18% |
| Bathroom 1 | 1,167.68 | 0.30% |
| Dining Room | 4,979.74 | 1.26% |
| Hallway | 398.51 | 0.10% |
| Bedroom | 5,565.23 | 1.41% |
| Bathroom 2 | 728.73 | 0.19% |
| **Area Subtotal:  Second Floor** | **95,721.17** | **24.30%** |
| **Area: Thrid Floor** | **3,294.08** | **0.84%** |
| Masterbed | 36,091.20 | 9.16% |
| Masterbed CL | 1,516.47 | 0.39% |
| Entry to bedroom | 614.10 | 0.16% |
| Personal Property | 52,620.00 | 13.36% |
| **Area Subtotal:  Thrid Floor** | **94,135.85** | **23.90%** |
| **Generals** | **2,978.88** | **0.76%** |
| **Labor Minimums Applied** | **1,111.96** | **0.28%** |
| **Subtotal of Areas** | **393,853.06** | **100.00%** |
| **Total** | **393,853.06** | **100.00%** |

EXHIBIT "A"

 **Guard Your Claim, Inc.**

814 Ponce de Leon Blvd
Coral Gables, FL 33134
(305) 946-9155

This is a repair estimate only. The above figures are subject to the insurance company review and approval. The insurance policy may contain provisions that will reduce or limit any payment that could be made:

 "The insurance policy may contain provisions that will reduce any payment that might be made. Receipt of a copy of this estimate is not to be interpreted as an acceptance of liability. All estimate figures are subject to insurance company review and approval. This estimate is not an authorization to repair. Authorization to repair or guarantee of payment must come from the owner(s) of the property. No adjuster, claim representative or appraiser has the authority to authorize or guarantee payment. The insurer or adjuster or claim representative assumes no responsibility for the quality of repairs that might be made. A copy of this document does not constitute a settlement of this claim. This estimate was prepared using generally prevailing prices of building materials and labor in your area according to the most recent data available. This estimate is also subject to change or amendment as required should further information become available."

CRAIG-FENNEMAN-IAN                                    4/24/2023          Page: 19



770 Ponce de Leon Boulevard • Suite 101 • Coral Gables • Florida • 33134
Phone • 305-444-1887 • Facsimile • 305-666-8427

October 9, 2023

**Sent via email**:

QBE Specialty Insurance Company

| | |
|---|---|
| **Insured/s:** | **Craig Fenneman.** |
| **Policy No.:** | **OUA12538299-00** |
| **Claim No.:** | **869380N** |
| **Address:** | **220 Barefoot Beach Boulevard, Bonita Springs, FL, 34314** |

To Whom It May Concern:

Please let this letter serve as notice that M.S.P.G. Law Group has been retained to represent the above, **Craig Fenneman,** the above referenced property damage claim.

As always, should you have any questions or concerns, please do not hesitate to contact our office at the above phone number. You can also reach us via email at IFS@MSPGLawGroup.com

Very Truly Yours,

*M.S.P.G. Law Group*
Leo A. Manzanilla, Esq.

EXHIBIT "A"